# United States District Court
# Northern District of Illinois

In the Matter of

Ruscitti

v.

Oreck Corp

Magistrate Judge Arlander Keys

Case No. 11-CV-03121

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge Arlander Keys, the magistrate judge designated pursuant to Local Rule 72.1. The reasons for my recommendation are indicated on the reverse of this form.

*Blanche M. Manning*
**Judge Blanche M. Manning**

Date: Monday, July 25, 2011

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge Arlander Keys

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

*James F. Holderman*
**Chief Judge James F. Holderman**

Dated: Wednesday, July 27, 2011

District Referral - To Designated Magistrate Judge

## CIVIL PROCEDURES

**Conduct hearings and enter appropriate orders on the following pretrial motion/matter:**

- Discovery Motion(s) specified below

- All Discovery Motions

- Discovery Supervision

- Discovery Conference under Rule 26(f)

- Settlement Conference

- Perform such additional duties as are not inconsistent with the Constitution and laws of the United States, as specifically set forth below.

........................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS:
All nondispositive pretrial motions, including but not limited to plaintiffs motion for discovery [22].